**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ROCKWATER WEST TX, LLC** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | **C.A. No. 4:14-cv-00404** |
| | § | |
| **CMEC OF MCALESTER, INC.,** | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day the Court considered the Joint Stipulation of Dismissal with Prejudice submitted by Plaintiff Rockwater West TX, LLC ("Rockwater") and Defendant CMEC of McAlester, Inc. ("CMEC") and finds that the parties' request has merit and should be **GRANTED**. It is therefore,

**ORDERED, ADJUDGED, AND DECREED** that all claims in the above-entitled and numbered cause that were asserted by Rockwater against CMEC are dismissed with prejudice, with costs of court being assessed against the party incurring same. All relief not expressly granted in this Order is hereby denied.

DATED this 17th day of July, 2014.


_____
UNITED STATES DISTRICT COURT JUDGE


- 4 -